UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:12-434-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| **CARLOS FAVIAN LIRA-RAMIREZ** | ) | ORDER |

And now, this 8th day of April, 2013, the within Motion is granted, and it is hereby ordered and decreed that Indictment Number 3:12-434 against the defendant, **CARLOS FAVIAN LIRA-RAMIREZ**, be and the same is hereby dismissed without prejudice.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.* (signature)

April 8, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge